■ MARIO BARRACO et al., Appellants, v. SYLVIA DE PEW, Respondent.—

Herlihy, P. J., Aulisi, Staley, Jr., Cooke and Sweeney, JJ., concur.